UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE L. CAMPANELLI,<br><br>    Plaintiff,<br><br>        v.<br><br>IMAGE FIRST UNIFORM RENTAL SERVICE, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-4456-PJH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the court is plaintiff's case management conference statement and request to continue the January 7, 2016 case management conference. Plaintiff seeks the continuance because no other party has yet appeared in the case. The court GRANTS the request, and continues the case management conference to **March 3, 2016**.

**IT IS SO ORDERED.**

Dated:  December 29, 2015

_____

PHYLLIS J. HAMILTON
United States District Judge