UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE L. CAMPANELLI,

    Plaintiff,

    v.

IMAGEFIRST UNIFORM RENTAL SERVICE, INC., et al.,

    Defendants.

Case No. 15-cv-04456-PJH

**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

This matter came on for hearing on the motion of defendant ImageFIRST Uniform Rental Service, Inc. ("IF Uniform") to dismiss for lack of personal jurisdiction. While plaintiff does not set forth the typical kind of contacts with the forum state that have generally been found to give rise to specific jurisdiction, the court finds that plaintiff has raised sufficient questions about the nature of the relationship between IF Uniform and the two answering defendants based on statements made in the documents titled Employment Agreement, ImageFIRST Associate Handbook, and Franchise Disclosure Document, as well as the imagefirst.com website, to warrant limited jurisdictional discovery on the issue whether IF Uniform has sufficient, if any, contacts, with the forum state. Plaintiff has not, however, demonstrated a prima facie case of an agency relationship between IF Uniform and ImageFIRST of California, in light of the Kennedy and Giannettino declarations, to justify jurisdictional discovery into a possible agency theory.

Accordingly, the court GRANTS IN PART plaintiff's request for leave to conduct jurisdictional discovery. Plaintiff may serve on IF Uniform interrogatories and document

requests on the limited issue permitted herein, with jurisdictional discovery to be completed by May 31, 2016. Plaintiff may file a supplemental brief within 14 days after the close of jurisdictional discovery. IF Uniform may file a response 14 days thereafter, at which time IF Uniform's motion to dismiss will be deemed submitted and the record will be closed.

**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge