UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE L. CAMPANELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>IMAGE FIRST UNIFORM RENTAL SERVICE, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04456-PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 43 |

    On June 7, 2016, counsel for the plaintiff filed a motion to compel answers and responses to discovery requests made pursuant to the court's March 30, 2016 order permitting "limited jurisdictional discovery" on the issue of "whether [defendant] IF Uniform has sufficient, if any, contacts, with the forum state." Dkt. 40.  The motion to compel notices a July 20, 2016 hearing date before this court.

    Having reviewed the motion, the court concludes that a hearing is not necessary to resolve the matter.  Briefs by the defendant in opposition to plaintiff's motion shall be filed with court by Wednesday, June 15, 2016.  Any reply by the plaintiff in support of the motion shall be filed with the court by Monday, June 20, 2016.  The matter will then be taken under submission.

    The July 20, 2016 hearing date noticed by the plaintiff is hereby VACATED.  The court's June 14, 2016 deadline for supplemental briefing regarding defendant's motion to dismiss for lack of personal jurisdiction is also VACATED.  The court shall set a new deadline for supplemental briefing after it resolves plaintiff's motion to compel discovery.

///

1        **IT IS SO ORDERED.**

2    Dated: June 8, 2016

                                       _____
                                       PHYLLIS J. HAMILTON
                                       United States District Judge