UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE L. CAMPANELLI,

    Plaintiff,

    v.

IMAGE FIRST HEALTHCARE LAUNDRY SPECIALISTS, INC., et al.,

    Defendants.

Case No. 15-cv-04456-PJH

**ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF A MAGISTRATE JUDGE**

Re: Dkt. No. 75

Before the court is defendants' motion for relief from a non-dispositive order of a magistrate judge. Dkt. 75. Although this motion was "deemed denied" a few days ago by operation of the Local Rules, see Civil L.R. 72-2, the court has only now had a chance to review the matter.

Having reviewed the motion, the court finds that additional briefing is appropriate. Accordingly, the court hereby VACATES the denial of the motion. Plaintiffs are ORDERED to file a response to the motion for relief, not to exceed five pages, **no later than May 26, 2017**. No reply brief shall be filed. The court will hear argument on the matter on June 7, 2017, in conjunction with the noticed hearing on defendants' motion to stay. See Dkt. 77.

**IT IS SO ORDERED.**

Dated: May 18, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge