| | |
|---|---|
| THE BRANDI LAW FIRM<br>THOMAS J. BRANDI, SBN 53208<br>BRIAN J. MALLOY, SBN 234882<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br>E-mail: tjb@brandilaw.com<br><br>HOBAN & FEOLA, LLC<br>DAVID C. FEOLA (CO Bar No. 18789)<br>(admitted *pro hac vice*)<br>34523 Upper Bear Creek Road<br>Denver, Colorado 80202<br>Telephone: 303.674.7000<br>Facsimile: 303.382.4685<br>E-mail: David @Feolalaw.com<br><br>*Counsel for Plaintiff* | MORGAN, LEWIS & BOCKIUS LLP<br>ERIC MECKLEY, SBN 168181<br>KATHRYN M. NAZARIAN,<br>SBN 259392<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1126<br>Telephone: 415.442.1000 / Facsimile: 415.442.1001<br>emeckley@morganlewis.com<br>knazarian@morganlewis.com<br><br>*Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KYLE L. CAMPANELLI on his own behalf and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IMAGE FIRST UNIFORM RENTAL SERVICE, INC.; IMAGE FIRST HEALTHCARE LAUNDRY SPECIALISTS, INC.; IMAGE FIRST OF CALIFORNIA, LLC,<br><br>　　　　　　Defendants. | Case No. 4:15-cv-04456-PJH<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:　　September 29, 2015<br>Trial Date:　　None |

　　The parties have reached a settlement in principle in this matter.  The parties are currently memorializing this settlement (including terms relating to confidentiality) in the form of an agreement.

　　In light of the above, the parties request that the Court vacate all pending deadlines.

1

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| Dated: February 21, 2019 | | THE BRANDI LAW FIRM |
| | By: | /s/ Brian J. Malloy |
| | | Brian J. Malloy |
| | | Attorneys for Plaintiff |
| Dated: February 21, 2019 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | /s/ Eric Meckley |
| | | Eric Meckley |
| | | Attorneys for Defendants |

## **FILER'S ATTESTATION**

I, Brian Malloy, am the ECF user whose identification and password are being used to file the parties Notice of Settlement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric Meckley concurs in this filing.

/s/ Brian Malloy

Brian Malloy
Attorneys for Plaintiff